# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0558
Lower Tribunal No. 2024-CA-010927-O

_____

ARTHUR WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Patricia L. Strowbridge.

August 4, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.

Arthur Williams, Lake City, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED